IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Scott, Juanita | Case Number: 04 B 27691 |
|---|---|---|
| | Scott Jr, Jerome N | Judge: Hollis, Pamela S |
| | Printed: 12/28/07 | Filed: 7/27/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 19, 2007
Confirmed: October 4, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 131,400.00 | |
| Secured: | | 98,553.99 |
| Unsecured: | | 6,524.76 |
| Priority: | | 19,492.10 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 6,829.15 |
| Other Funds: | | 0.00 |
| Totals: | 131,400.00 | 131,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Wells Fargo Bank | Secured | 96,358.86 | 96,358.86 |
| 2. | Wells Fargo Bank | Secured | 2,195.13 | 2,195.13 |
| 3. | Internal Revenue Service | Priority | 19,492.10 | 19,492.10 |
| 4. | ECast Settlement Corp | Unsecured | 489.66 | 1,450.00 |
| 5. | ECast Settlement Corp | Unsecured | 1,009.28 | 2,988.74 |
| 6. | Capital One | Unsecured | 179.36 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 280.69 | 831.18 |
| 8. | Ford Motor Credit Corporation | Unsecured | 423.75 | 1,254.84 |
| 9. | Capital One | Unsecured | 519.77 | 0.00 |
| 10. | Capital One | Unsecured | 234.03 | 0.00 |
| 11. | Bank Of America | Unsecured | | No Claim Filed |
| 12. | Providian Financial | Unsecured | | No Claim Filed |
| 13. | Loyola University Medical Center | Unsecured | | No Claim Filed |
| | | | $ 121,182.63 | $ 124,570.85 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 1,660.75 |
| 4% | 438.00 |
| 3% | 328.50 |
| 5.5% | 1,606.00 |
| 5% | 365.00 |
| 4.8% | 1,051.20 |
| 5.4% | 1,379.70 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Scott, Juanita                             Case Number:  04 B 27691
Scott Jr, Jerome N                                    Judge:  Hollis, Pamela S
Printed:  12/28/07                                    Filed:  7/27/04

_____
$ 6,829.15

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

